Robinson *v.* Robinson.

———————

SAME TERM. *Before the same Justice.*

ROBINSON *vs.* ROBINSON.

The court will not grant a decree for divorce, upon a bill taken as confessed by the defendant, until after an inspection of the bill, proofs, and the affidavit of service of the subpœna upon the defendant.

IN EQUITY. This was a suit for a divorce, on the ground of adultery. The bill having been taken as confessed by the defendant, the counsel for the plaintiff, on an affidavit showing personal service of the subpœna upon the defendant, moved for a decree of divorce.

EDMONDS, J., after having examined the papers, granted the application. His honor said that, in order to guard against

collusion, and sham services of the papers in cases of this nature, he should hereafter, whenever a bill for divorce should be taken as confessed, refuse to grant a decree until after an inspection of the bill, proofs, and the affidavit of service of the subpœna upon the defendant.

Same Term.    *Before the same Justice.*